CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

ROBERT E. GOLDMAN, Esq. (S.B. #159989)
Law Office of Robert E. Goldman
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33301
Tel: (954) 745-7450
Fax: (954) 745-7460
Attorney for Defendants
Strategy Investments, Inc. and
Friendly Liquor & Market, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HUBBARD<br><br>        Plaintiff,<br><br>    v.<br><br>STRATEGY INVESTMENTS, INC., a California Corporation; and FRIENDLY LIQUOR & MARKET, INC., a California Corporation<br><br>        Defendants. | Case No.: 2:20-cv-09364-JFW-PD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.

Dated: April 13, 2021          CENTER FOR DISABILITY ACCESS

                                      By: /s/ Amanda Seabock
                                           Amanda Seabock
                                           Attorneys for Plaintiff

Dated: April 13, 2021          Law Office of Robert E. Goldman

                                      By:  /s/ Robert E. Goldman
                                          Robert E. Goldman
                                           Attorney for Defendants
                                           Strategy Investments, Inc. and
                                           Friendly Liquor & Market, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Robert E. Goldman, counsel for Strategy Investments, Inc. and Friendly Liquor & Market, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: April 13, 2021    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff